# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DIVISION OF MISSISSIPPI
# OXFORD DIVISION

**NATALIE YATES**                                                                                         **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 3:17-CV-00096-NBB-JMV**

**AUSTIN T. MCCAIN**                                                                                  **DEFENDANT**

## ORDER ON DEFENDANT'S MOTION TO STRIKE
## DESGINATION OF EXPERT WITNESSES

Consistent with the Court's ruling from the bench during a telephonic hearing held April 11, 2018, it is, **THEREFORE, ORDERED**:

1. That Defendant's motion to strike Plaintiff's expert designations [19] is denied; though, it is hereby noted that during the course of the hearing, Plaintiff withdrew her designation of all the subject experts except Dennis McCoy, M.D., whose deposition has been completed, rendering said motion moot with respect to the remaining experts.

2. That having determined that the designation of Dr. McCoy is inadequate, the deadline for discovery is extended to **5/14/18**—only for the purpose of allowing Defendant to conduct a single additional doctor deposition and/or designate any rebuttal expert by the discovery deadline— and the deadline for dispositive and *Daubert* motions is extended until **5/30/18**, so as to alleviate any prejudice attending Plaintiff's inadequate designation of Dr. McCoy.

This, the 12th day of April, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge